[Civ. No. 2367   First Appellate District.—April 16, 1918.]

PATRICK J. WALSH, Respondent, v. M. FLATLAND, Appellant.

NEGLIGENCE—AUTOMOBILE COLLISION WITH PEDESTRIAN—LIABILITY OF PARENT OF DRIVER.—Judgment affirmed on the authority of *Crittenden* v. *Murphy, ante,* p. 803.

APPEAL from a judgment of the Superior Court of the City and County of San Francisco. Daniel C. Deasy, Judge.

The facts are similar to those stated in the opinion of the court in *Crittenden* v. *Murphy, ante*, p. 803.

Pierce Coombes, for Appellant.

W. F. Stafford, and W. M. Stafford, for Respondent.

THE COURT.—This case presents the same question of law as was raised in *Crittenden* v. *Murphy, ante,* p. 803, [173 Pac. 595]. The lower court took the same view of the law as did this court in *Crittenden* v. *Murphy,* and found on ample evidence that at the time of the injury the son was driving defendant's automobile with his father's implied con-

sent, and further found that the son did not have the license to operate an automobile required by the Motor Vehicle Act of 1913 (Stats. 1913, p. 639), which act contained a provision identical with that quoted in *Crittenden* v. *Murphy*. Accordingly the court gave judgment for the plaintiff.

Judgment affirmed.

A petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on June 14, 1918.